UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTA POEHL,

      Plaintiff,                                                        CASE NO. 8:17-cv-01119-SCB-AEP

v.

PIVO TAMPA, LLC,
d/b/a CIGAR CASTLE

      Defendant.
_____/

**PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS AND SELECTION OF MEDIATOR, AND LOCAL RULE 3.01(g) CERTIFICATION AND SUPPORTING MEMORANDUM OF LAW**

      The Plaintiff, CHRISTA POEHL, by and through the undersigned attorney, hereby requests that this honorable Court issue its order requiring the Defendant to provide full and complete answers and responses to the Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents, and to comply with the Court's mandate regarding selection of mediator, and that this Court further order the Defendant to pay the reasonable expenses and attorney fees incurred by reason of this motion, for the following reasons:

      1.      The Plaintiff did, pursuant to applicable court rules, submit her First Set of Interrogatories and First Request for Production of Documents to the Defendant on September 8, 2017. A copy of said documents are attached hereto as "Exhibit A" and "Exhibit B."

      2.      The Plaintiff did not, and has not, received any answers or responses to the Interrogatories or Request for Production of Documents.

3. Your undersigned attorney did attempt in good faith to contact counsel for the Defendant in an attempt to obtain answers and responses to the Interrogatories and Request for Production of Documents. See good faith correspondence attached as "Exhibit C."

4. Despite Plaintiff's Counsel's good faith efforts, the Defendant has failed to provide any answers or responses to the discovery requests.

5. In addition, pursuant to the Court's Case Management and Scheduling Order dated September 7, 2017, the parties, through counsel, were ordered to file a stipulation selecting a mediator within 60 days from the date of the Order. Although Plaintiff's counsel reached out to Defense counsel with suggested mediators, Defendant has not responded and no stipulation for the selection of a mediator has been signed or filed. See "Exhibit D" attached.

6. Your undersigned attorney incurred the sum of $375 (1.25 hours @ $300 per hour) as reasonable costs and attorney's fees with respect to this motion.

7. In conjunction with Rules 33(a) and 37(a) of the Federal Rules of Civil Procedure, the Plaintiff seeks sanctions in sum of the costs and attorney fees referred to above; the failure on the part of the Defendant to answer or respond the subject Interrogatories and Request for Production of Documents was not substantially justified, nor are there any circumstances that would render the imposition of the sanctions unjust.

WHEREFORE, the Plaintiff respectfully requests that this honorable Court issue its order requiring the Defendant to answer fully and completely each of the questions contained in the Plaintiff's First Set of Interrogatories, respond accordingly to Plaintiff's First Request for Production of Documents and participate in the selection of a mediator, and that the Plaintiff be awarded costs and attorney's fees so wrongfully sustained.

**LOCAL RULE 3.01(g) CONFERENCE**

Counsel for Plaintiff has conferred with Defendant's counsel regarding the outstanding issues explained above. However, Defendant has not served any answers or responses.

**MEMORANDUM OF LAW**

Pursuant to Fed.R.Civ.P. 33 and 34, the party upon whom the interrogatories and request for production of documents have been served shall serve a copy of the answers or responses, and objections if any, within 30 days after the service of the interrogatories.

Dated:  November 16, 2017

/s/ Ronald L. Nelson, Esquire

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 16, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will automatically send a copy to Peter Hobson, Esquire, PJH@McIntyrefirm.com.

**RONALD L. NELSON, P.A.**
s/ Ronald L. Nelson, Esquire
Fla. Bar No. 0038156
1247 First Avenue North
St. Petersburg, FL 33705
Phone: (727) 345-9292
Fax: (727) 345-9299
ron@ronnelsonlaw.com
Attorney for Plaintiff