# Ronald L. Nelson, P.A.

| | |
|---|---|
| **From:** | Ronald L. Nelson, P.A. |
| **Sent:** | Tue 10/24/2017 10:38 AM |
| **To:** | Hobson, Peter James |
| **Cc:** | |
| **Subject:** | Outstanding Discovery Responses |
| **File:** | Poehl, Christa |

Dear Mr. Hobson:

On September 8, 2017, we served on you the Plaintiff's First Set of Interrogatories and Plaintiff's First Request for Production of Documents. Pursuant to Rule 33 of the Federal Rules of Civil Procedure, the time allotted for your client's responses has expired. Please allow this letter to serve as a demand that your client provide answers to the interrogatories and produce the requested documents within the next 5 business days. This letter is sent in a good faith effort to avoid any unnecessary motion practice.

Ronald L. Nelson, Esq.

**RONALD L. NELSON, P.A.**
1247 First Avenue North
Saint Petersburg, FL 33705
Phone: (727) 345-9292
Fax: (727) 345-9299
www.ronnelsonlaw.com
ron@ronnelsonlaw.com

Ronald L. Nelson, P.A.                                          Printed: Tue 10/24/2017 10:40 AM



EXHIBIT C